IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
LUBBOCK DIVISION

| | | |
|---|---|---|
| BOBBY BROWN,<br>Institutional ID # 1124005; SID # 00845855,<br>Previous TDCJ ID # 914095, 156346,<br><br>Plaintiff,<br><br>V.<br><br>JOSEPH WILSON, Warden,<br>John Montford Unit, *et al.*,<br><br>Defendant(s). | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | CIVIL ACTION NO.<br>5:10-CV-181-C |

## ORDER

The Court has considered Plaintiff's Motion to Alter Order filed September 10, 2012, wherein Plaintiff seeks to have this Court alter the Order entered August 24, 2012, and allow him to file an amended complaint, and finds that such Motion should be DENIED..

SO ORDERED.

Dated September 26, 2012.

*[signature]*
SAM R. CUMMINGS
UNITED STATES DISTRICT JUDGE